AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| **ALAN CHRISTOPHE** )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>**FINGER & FINGER, PC** )<br>)<br>)<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* **FINGER & FINGER, PC**
**106 Grand Street**
**White Plains, NY 10601**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are: **Alter and Barbaro**, **26 Court Street**, **Suite 1812, Brooklyn**, **NY 11242**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/31/2025

*Tammi M. Hellwig*

s/ G. Pisarczyk
*Signature of Clerk or Deputy Clerk*