UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                     :

ALAN CHRISTOPHE,                     :

              Plaintiff,       :

          -v-              :         25 Civ. 2607 (JPC)

FINGER & FINGER, P.C.,         :         ORDER

              Defendant.     :

-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 3, 2026, this Court granted Defendant's motion to dismiss while granting Plaintiff leave to file an amended complaint. Dkt. 28 at 1, 5. Plaintiff was ordered to file any amended complaint "within fourteen days of the issuance of th[e] Opinion and Order." *Id.* at 5. "If he fail[ed] to file an amended complaint within fourteen days, or fail[ed] to obtain an extension of time to do so by that date," the Court warned that it would "dismiss the remaining . . . claims with prejudice and enter judgment in Defendant's favor." *Id.*

On March 16, 2026, Plaintiff moved this Court to extend the deadline to file an amended complaint from March 17, 2026 to April 7, 2026. Dkt. 29. The Court granted the motion "in part," making clear that "[t]he deadline to file an amended complaint [was] now March 31, 2026, rather than the requested deadline of April 7, 2026." Dkt. 31. But Plaintiff has failed to file his amended complaint by April 7, let alone the actual deadline of March 31. *See* Dkt. 32 (urging the Court to dismiss this case because "Plaintiff did not file an amended complaint by March 31, 2026"). So the Court dismisses all of Plaintiff's claims with prejudice.

The Clerk of Court is respectfully directed to enter judgment in Defendant's favor and close this case.

SO ORDERED.

Dated: April 8, 2026
      New York, New York

                    JOHN P. CRONAN
                United States District Judge