**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALAN CHRISTOPHE,

                          Plaintiff,

          -against-                                               25 **CIVIL** 2607 (JPC)

                                                                  **JUDGMENT**

FINGER & FINGER, P.C.,

                          Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 3, 2026 and Order dated April 8, 2026, the

Defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

          April 9, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                                  **Clerk of Court**


                            **BY:**   _____
                                                  **Deputy Clerk**